Puerto Rico para ante el Tribunal Supremo de los Estados Unidos. Resuelta en Abril 18, 1905. Denegada la admisión de la apelación. Abogados del promovente: *Sres. López Landrón y Pettingill.* Abogados de las partes contrarias: *Sres. Guzmán Benítez* (José) *y Hartzell y Rodríguez Serra.*

---

No. 16. SALVÁ *v.* SUCESIÓN BORRÁS ET AL. Moción para que se admita apelación contra resolución del Tribunal Supremo de Puerto Rico para ante el Tribunal Supremo de los Estados Unidos. Resuelto en Abril 18, 1905. Denegada la moción de la apelación. Abogados del promovente: *Sres. López Landrón y Pettingill.* Abogados de la parte contraria: *Sres. Guzmán Benítez* (José) *Hartzell y Rodríguez Serra.*

---

No. 21. MANRIQUE DE LARA *v.* MORALES. Moción para adicionar la transcripción de autos en una apelación, agregando ciertos documentos que involuntariamente se omitieron en la misma. Resuelto en Abril 18, 1905. Concedida la moción. Abogado del promovente: *Sr. Díaz Navarro.* Abogado de la parte contraria: *Sr. López Landrón.*

---

No. 3. BORRÁS ET AL. *v.* LA CORTE DE DISTRITO DE HUMACAO. Moción solicitando se deje sin efecto una orden disponiéndose se expida un mandamiento de certiorari, ó que en su defecto se dé posesión de su cargo á un Síndico nombrado por la Corte inferior para administrar determinados bienes en litigio. Resuelto en Abril 18, 1905. Denegada la moción. Abogado del promovente: *Sr. Guzmán Benítez* (José). Abogados de las partes contrarias: *Sres. López Landrón, Hartzell y Rodríguez Serra.*

---

No. 37. ROIG *v.* ANNEXI. Moción para que se desestime la apelación por no haberse interpuesto de acuerdo con el art. 296 del Código de Enjuiciamiento Civil, ni haberse cumplido con el art. 299 en relación con el 302, 233 y 99 del mismo Código. Resuelto en Abril 20, 1905. Con lugar la moción y desestimada la apelación. Abogado del promovente: *Sr. Díaz Navarro.* Abogado de la parte contraria: *Sr. Pérez Almiroty.*

---

No. 48. SEIN *v.* VÁZQUEZ ET AL. Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación por no haberse presentado la transcripción de autos. Re-